IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAVIER & ROSALBA ENRIQUEZ )<br>　　　AKA ROSALBA VAZQUEZ )<br>　　　AKA ROSIL ENRIQUEZ )<br>　　　　　　　　　　　　　　　　　　　　　)<br>Aurora Loan Services, Inc., )<br>　　　　　Creditor, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　vs. )<br>　　　　　　　　　　　　　　　　　　　　　)<br>JAVIER & ROSALBA ENRIQUEZ )<br>AKA ROSALBA VAZQUEZ AKA ROSIL ENRIQUEZ, )<br>　　　　　Debtor ) | CASE NO. 10B27790<br>JUDGE Pamela S. Hollis |

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Aurora Loan Services, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:
1. The Debtor is due for the March 2011 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of March 11, 2011:

```
    a. Attorney's Fees                    $  250.00
    b. Payments                           $4,601.31
       (3/11 – 5/11 @ $1,533.77 ea.)
       Total                              $4,851.31
```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Aurora Loan Services, Inc. rights to collect these amounts will be unaffected.

　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　Aurora Loan Services, Inc.


　　　　　　　　　　　　　　　　/s/Dana O'Brien
　　　　　　　　　　　　　　　　Dana O'Brien ARDC#6256415
　　　　　　　　　　　　　　　　Pierce and Associates, P.C.
　　　　　　　　　　　　　　　　1 North Dearborn
　　　　　　　　　　　　　　　　Suite 1300
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　(312)346-9088